# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| Raquel Burgos, | ) | |
| | ) | |
| A Delaware resident, | ) | Case No. 17-10060 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF ADDRESS CHANGE OF CREDITOR

1. PLEASE TAKE NOTICE that the address for the creditor **BYL SVC** is now: 301 Lacey Street; West Chester, PA 19382.

2. PLEASE TAKE FURTHER NOTICE that all documents served upon the same should be directed to this address.

3. PLEASE TAKE FURTHER NOTICE that a copy of this document was served on all parties that have appeared in this proceeding.

May 25, 2018                                     BILLION LAW

*(signature)*

Mark M. Billion (DE Bar No. 5263)
2 Mill Road, Ste. 202
Wilmington, DE 19806
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*