## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| Raquel Burgos, | ) | |
| | ) | |
|     A Delaware resident, | ) | Case No. 17-10060 (BLS) |
| | ) | |
|         Debtor. | ) | |
| | ) | |

## NOTICE OF ADDRESS CHANGE OF CREDITOR

1.  PLEASE TAKE NOTICE that the address for the creditor *HCFS Healthcare Financial Services c/o St. Francis Hospital* is now: 3585 Ridge Park Drive; Akron, OH 44333.

2.  PLEASE TAKE FURTHER NOTICE that all documents served upon the same should be directed to this address.

3.  PLEASE TAKE FURTHER NOTICE that a copy of this document was served on all parties that have appeared in this proceeding.

| | |
|---|---|
| May 25, 2018 | BILLION LAW |
| | |
| | *[signature]* |
| | _____ |
| | Mark M. Billion (DE Bar No. 5263) |
| | 2 Mill Road, Ste. 202 |
| | Wilmington, DE 19806 |
| | Tel: 302.428.9400 |
| | Fax: 302.450.4040 |
| |    markbillion@billionlaw.com |
| | |
| | *For the Debtor* |